**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ANNABELLE HERNANDEZ**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| ANNABELLE HERNANDEZ, | No.   2:15-cv-01322-EFB |
| Plaintiff, | |
| | STIPULATION AND  [proposed] ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to January 25, 2016.

   This extension is requested because of calendaring error by plaintiff's counsel and his workload.

- 1

Dated: January 11, 2016 　　　　　　　　　　　　　*/s/   Jesse S. Kaplan*
　　　　　　　　　　　　　　　　　　　　　　　　JESSE S. KAPLAN
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　　　　　　　　　　Acting Regional Counsel, Region IX
　　　　　　　　　　　　　　　　　　　　　　　　Social Security Administration


Dated: January 11, 2016 　　　　　　　　　　　　　 */s/ per e-mail authorization*

　　　　　　　　　　　　　　　　　　　　　　　　Theophous Reagans
　　　　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant


## **ORDER**


　　　The requested extension of plaintiff's time to file a motion for summary judgment brief is granted and plaintiff's time to file the motion for summary judgment is extended to January 25, 2016.

　　　SO ORDERED.

Dated:   January 12, 2016.　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE