**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ANNABELLE HERNANDEZ**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| ANNABELLE HERNANDEZ, | No.   2:15-cv-01322-EFB |
| Plaintiff, | |
| | STIPULATION AND  [proposed] ORDER FOR SECOND EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended one day to January 26, 2016.

This extension is requested because of the nature of the case, involving 900+ pages of record, two consolidated claims, six consultative evaluations, and seven nonexamining medical opinions.

- 1

Dated: January 25, 2016       */s/   Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff


BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Counsel, Region IX
Social Security Administration

Dated: January 25, 2016        */s/ per e-mail authorization*
Theophous Reagans
Special Assistant U.S. Attorney
Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to January 26, 2016.

SO ORDERED.

Dated:  January 26, 2016.        _____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE