1  BENJAMIN B. WAGNER
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  THEOPHOUS H. REAGANS, CSBN 189450
5  Special Assistant United States Attorney

6
       160 Spear Street, Ste. 800
7      San Francisco, CA 94105
8      Telephone: (415) 977-8938
       Facsimile: (415) 744-0134
9      Email: theophous.reagans@ssa.gov

10
11 Attorneys for Defendant

12                  UNITED STATES DISTRICT COURT
13                  EASTERN DISTRICT OF CALIFORNIA

14

15 ANNABELLE HERNANDEZ,           )  No. 2:15-cv-01322-EFB
                                  )
16         Plaintiff,              )  STIPULATION TO EXTEND
17                                 )  BRIEFING SCHEDULE
        v.                         )
18                                 )
                                   )
19 CAROLYN W. COLVIN,              )
   Acting Commissioner of Social   )
20 Security,                       )
21                                 )
                                   )
22         Defendant.              )
23 _____ )

24      The parties stipulate and agree, subject to the Court's approval, that the schedule in
25 this case be amended as follows:  The parties respectfully ask that the Court extend
26 Defendant's time to file a Cross-Motion for Summary Judgment from FEBRUARY 26,
27 2016 to MARCH 26, 2016.  This stipulation is necessary because Defendant's Counsel
28

-1-

1  has been assigned to other duties and the case is being reassigned to another Assistant
2  Regional Counsel in the Office of General Counsel who will need additional time to
3  review the case.
4      The parties request this extension in good faith, with no intent to prolong
5  proceedings unduly.  Defendant apologizes for any inconvenience caused by this delay.
6
7  Dated: FEBRUARY 9, 2016           */s/  Jesse S. Kaplan*
8                                    (email authorization)
                                     JESSE S. KAPLAN
9                                    Attorney for Plaintiff
10
11 Dated: FEBRUARY 9, 2016           BENJAMIN B. WAGNER
12                                   United States Attorney
                                     THEOPHOUS H. REAGANS
13
14
15
16                          By:      */s/ Theophous H. Reagans*
                                     THEOPHOUS H. REAGANS
17                                   Special Assistant United States Attorney
                                     Attorneys for Defendant
18
19
20                              **ORDER**
21      APPROVED AND SO ORDERED.
22 DATED:  February 10, 2016.
23                                   _____
                                     EDMUND F. BRENNAN
24                                   UNITED STATES MAGISTRATE JUDGE
25
26
27
28